Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359
Email: mhansen@criminal-defenses.com

Attorney for Defendant
RICHARD CARDENAS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>RICHARD  CARDENAS,<br><br>                Defendant. | No. 2:14-CR-00211-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Richard Cardenas, that the previously-scheduled status conference date of January 15, 2016, be vacated and the matter set for status conference on February 19, 2016, at 9:00 a.m.

This continuance is requested due to Mr. Hansen's unavailability on January 15, 2016.

The Government does not oppose this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 13, 2016, to and including February 19, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 13, 2016                             Respectfully submitted,

                                                    /s/ Michael E. Hansen
                                                    MICHAEL E. HANSEN
                                                    Attorney for Defendant
                                                    RICHARD CARDENAS

Dated:  January 13, 2016                             BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    By: /s/ Michael E. Hansen for
                                                    JASON HITT
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 13, 2016, to and including February 19, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 15, 2016, status conference shall be continued until February 19, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE