1  Michael E. Hansen [SBN 191737]
2  Attorney-at-Law
   711 Ninth Street, Suite 100
3  Sacramento, CA  95814
   Telephone: 916.438.7711
4  Fax: 916.864.1359
   Email: mhansen@criminal-defenses.com
5
6  Attorney for Defendant
   RICHARD CARDENAS
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | No. 2:14-CR-00211-GEB |
12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
13 | v. | |
14 | RICHARD  CARDENAS, | |
15 | Defendant. | |

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and

19  Michael E. Hansen, attorney for defendant Richard Cardenas, that the previously-scheduled

20  status conference date of April 15, 2016, be vacated and the matter set for status conference on

21  June 17, 2016, at 9:00 a.m.

22     This continuance is requested due to defense counsel's ongoing review of the

23  discovery, investigation and plea negotiations.

24

25     The Government does not oppose this request.

26     Further, the parties agree and stipulate the ends of justice served by the granting of such

27  a continuance outweigh the best interests of the public and the defendant in a speedy trial and

28

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, April 14, 2016, to and including June 17, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  April 14, 2016                                  Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
RICHARD CARDENAS

Dated:  April 14, 2016                                  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant

1  in a speedy trial.

2     The Court orders that the time from the date of the parties' stipulation, April 14, 2016, to and including June 17, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the April 15, 2016, status conference shall be continued until June 17, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:   April 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge