1  Michael E. Hansen [SBN 191737]
2  Attorney-at-Law
   711 Ninth Street, Suite 100
3  Sacramento, CA  95814
   Telephone: 916.438.7711
4  Fax: 916.864.1359
   Email: mhansen@criminal-defenses.com
5
6  Attorney for Defendant
   RICHARD CARDENAS
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | No. 2:14-CR-00211-GEB

12 |         Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**

13 |    v.

14 | RICHARD  CARDENAS,

15 |         Defendant.

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and

19 Michael E. Hansen, attorney for defendant Richard Cardenas, that the previously-scheduled

20 status conference date of June 17, 2016, be vacated and the matter set for status conference on

21 August 19, 2016, at 9:00 a.m.

22        This continuance is requested due to defense counsel's ongoing review of the

23 discovery, investigation and plea negotiations.

24

25        The Government does not oppose this request.

26        Further, the parties agree and stipulate the ends of justice served by the granting of such

27 a continuance outweigh the best interests of the public and the defendant in a speedy trial and

28

                                      1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, June 16, 2016, to and including August 19, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 16, 2016                              Respectfully submitted,

                                                   /s/ Michael E. Hansen
                                                   MICHAEL E. HANSEN
                                                   Attorney for Defendant
                                                   RICHARD CARDENAS

Dated:  June 16, 2016                              PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   By: /s/ Michael E. Hansen for
                                                   JASON HITT
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

# [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant

in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 16, 2016, to and including August 19, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the June 17, 2016, status conference shall be continued until August 19, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge