Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359
Email: mhansen@criminal-defenses.com

Attorney for Defendant
RICHARD CARDENAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RICHARD  CARDENAS,<br><br>             Defendant. | No. 2:14-CR-00211-GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Richard Cardenas, that the previously-scheduled status conference date of August 19, 2016, be vacated and the matter set for status conference on September 30, 2016, at 9:00 a.m.

This continuance is requested due to defense counsel's ongoing review of the discovery, investigation and plea negotiations.

The Government does not oppose this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and

that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, August 18, 2016, to and including September 30, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  August 18, 2016                              Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
RICHARD CARDENAS

Dated:  August 18, 2016                              PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Michael E. Hansen for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant

in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 18, 2016, to and including September 30, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the August 19, 2016, status conference shall be continued until September 30, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated: August 18, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Amended Stipulation and [Proposed] Order to Continue Status Conference