PROB 35A DEATH (ED/CA)
(Rev. 5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No:   2:14CR00211-01 |
| | ) | |
| RICHARD CARDENAS | ) | |
| | ) | |

On April 21, 2017, the above-named was sentenced to Supervised Release for a period of 4 years. Supervision commenced on February 22, 2019.

On April 9, 2019, this office was notified by the releasee's mother, Anita Cardenas, that Richard Cardenas was confirmed dead by Darshan Lal Sonik, M.D. on April 6, 2019 (copy of the notification is on file).   It is accordingly recommended this case be closed.

**Respectfully submitted,**

*/s/ Miranda L. Lutke*

**MIRANDA L. LUTKE**
**United States Probation Officer**

Dated:   February 21, 2020
            Roseville, California
            MLL:aph

**REVIEWED BY:**    **MICHAEL K. MCFARLAND**
                                **Supervising United States Probation Officer**

**Re:** **Richard Cardenas**
**Docket No: 2:14CR00211-01**
**Report and Order Terminating Supervised Release**
**Prior To Original Expiration Date - Notice of Death**

---

# ORDER OF COURT

It appearing that Richard Cardenas is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

| | |
|---|---|
| **March 3, 2020** | |
| **Date** | **United States District Judge Troy L. Nunley** |

(Notification copy on file)

cc: AUSA Jason Hitt
    FLU Unit - United States Attorney's Office (victim notification and/or offender estate)
    Fiscal Clerk - Clerk's Office